IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 609-041-03 |
| | * | |
| JARVIS FERNANDO WASHINGTON | * | |

## ORDER

In the captioned criminal matter, Defendant Jarvis Fernando Washington has filed a motion to suspend his period of ineligibility for federal benefits. On July 9, 2009, Washington pled guilty to one count of distribution of 5 grams or more of cocaine base within 1,000 feet of a school zone, in violation of 21 U.S.C. §§ 841(a)(1) and 860. On December 1, 2009, Washington was sentenced to 87 months imprisonment and eight years of supervised release. Invoking 21 U.S.C. § 862(a), the Court also imposed upon Washington a ten-year period of ineligibility to receive federal benefits.

Washington was released from prison in September 2015, and his supervised release term commenced at that time. Presently, Washington moves this Court to restore his ability to receive federal benefits so that he may apply for financial assistance and attend college. (Doc. 236.)

Under 21 U.S.C. § 862(c)(B), the period of ineligibility imposed under the statute "shall be suspended if the

individual . . . has otherwise been rehabilitated." Thus, the question placed squarely before the Court by Washington's motion is whether he has been rehabilitated. The Government has left the decision to the discretion of this Court, although it points out in response that Washington tested positive for methamphetamine within the last two months. (Doc. 238.) Given this all too recent violation of the terms of his supervised release and upon consultation with the United States Probation Office, the Court cannot conclude that Washington is rehabilitated.

Upon the foregoing, Washington's motion to suspend the period of ineligibility for federal benefits (doc. 236) is **DENIED** without prejudice to Washington to re-file six months from now.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of May, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA